ABNER M. HARPER, INCORPORATED, Respondent, *v.* THE CITY OF NEWBURGH et al., Appellants.

(Argued February 23, 1915; decided March 3, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 1, 1915, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action in equity for relief from an error in a bid for public work.

The motion was made upon the ground that the appeal was frivolous, the equitable relief granted being in the discretion of the court.

*Henry Hirschberg* for motion.

*Graham Witschief* opposed.

Motion denied, without costs.